UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/14/2022
```

NIQUAN WALLACE,

           Plaintiff,

-against-

INTERNATIONAL HOUSE OF PANCAKES LLC, TRIHOP MANAGEMENT LLC, TRIHOP 177TH STREET LLC, TRIHOP 14TH STREET LLC, TRIHOP 69TH STREET LLC, JOHN DOE LLC, BEN ASHKENAZY, EDWARD SCANNAPIECO, and KWESI THOMAS,

           Defendants.

1:21-cv-6993-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Because of a conflict in the Court's Schedule, the Initial Pretrial Conference scheduled for February 16, 2022 at 11:00 AM is ADJOURNED to February 23, 2022 at 10:00 AM.

**SO ORDERED.**

Date: **February 14, 2022**
     **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**