UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NIQUAN WALLACE, *on his own behalf and on behalf of others similarly situated,* <br><br>                          Plaintiff, <br><br>    v. <br><br> INTERNATIONAL HOUSE OF PANCAKES, LLC, *et al.,* <br><br>                          Defendants. | **Case No. 21-CV-6993-MKV** <br><br> **NOTICE OF MOTION TO DISMISS ON BEHALF OF TRIHOP MANAGEMENT LLC AND <u>TRIHOP 69TH STREET LLC</u>** |

      PLEASE TAKE NOTICE that Defendants Trihop Management LLC and Trihop 69th Street LLC, by their undersigned attorney, hereby move this Court, before the Honorable Mary Kay Vyskocil at the United States Courthouse, Southern District of New York, 500 Pearl Street, New York, New York, 10007, pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), for an Order dismissing the Complaint against these two defendants, for the reasons set forth in the accompanying memorandum of law.

                                                Respectfully submitted,

                                                /s/ *Steven M. Warshawsky*

By:                               _____
                                       STEVEN M. WARSHAWSKY (SW 5431)
                                       The Warshawsky Law Firm
                                       100 South Bedford Road, Suite 340
                                       Mount Kisco, NY 10549
                                       Tel:  (914) 514-2329
                                       Email:  smw@warshawskylawfirm.com

Dated:  March 11, 2022