```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIQUAN WALLACE, on his own behalf and on behalf of others similarly situated,

                Plaintiff,

-against-

INTERNATIONAL HOUSE OF PANCAKES, LLC, et al.,

                Defendants.

1:21-cv-6993 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Parties were directed to submit documents in anticipation of the Initial Pretrial Conference in this case one week in advance of the conference. [ECF No. 55]. No documents were filed by that date.

Accordingly, IT IS HEREBY ORDERED that the parties shall file a joint letter and proposed case management plan by February 14, 2023 at 2:00 PM. The Parties should further explain why they failed to comply with the Court's order. Failure to comply with this Order may result in sanctions, including preclusion of a claim or defense, or dismissal of this action.

**SO ORDERED.**

**Date: February 13, 2023**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**