UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NIQUAN WALLACE,

                            Plaintiff,                        21-CV-06993 (SN)

        -against-                                    **ORDER**

TRIHOP 177TH STREET LLC, et al.,

                          Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On May 6, 2024, the parties consented to the jurisdiction of a U.S. magistrate judge, and the case was assigned to me. The deadlines previously set by Judge Vyskocil at ECF No. 74 remain in effect.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      May 9, 2024
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/2024