UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NIQUAN WALLACE,

                        **Plaintiff,**                        21-CV-06993 (SN)

       -against-                                       **ORDER**

TRIHOP 177TH STREET LLC, et al.,

                        **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties previously notified the Court that they reached a settlement in principle and submitted a proposed settlement agreement for the Court's review pursuant to <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015). Judge Vyskocil reviewed the parties' proposed settlement agreement and identified several deficiencies. ECF No. 74. Since then, the parties consented to the jurisdiction of a U.S. magistrate judge and filed a revised settlement agreement. ECF Nos. 76, 78. Having reviewed the revised proposed settlement, the Court determines that it cures the deficiencies identified by Judge Vyskocil and is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 28, 2024
               New York, New York